00 6133-CR-Dimitrouleas

DEFT: ___ Thomas Barrett Stringer (J)#     CASE NO: ___ 00-4094-AMS

AUSA: ___ Roger Powell /present     ATTNY: ___ FPD Sam Smargon

AGENT: _____     VIOL: _____

PROCEEDING: ___ Prelim/Arraignment     BOND REC: _____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

MAY 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

Reading of indictment waived
Not Guilty plea entered
New Trial demanded
Standing Discovery Order requested

5) Random urine testing by Pretrial Services.
   _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House

    _____ Electronic Monitoring _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-1-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: ___ 5-18-00     TIME: 11:00am     TAPE # 00- 043     PG # 5

1864--19 U