

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6133-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Thomas Barrett Stringer                ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on -18-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:            Address: ___In Custody___

Telephone: _____

DEFENSE COUNSEL:      Name: ___FPD___

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ ___In Custody___

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this ___18___ day of ___May___, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No. _00-043_

cc: Clerk for Judge
    U. S. Attorney