# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

THOMAS STRINGER

REC'D by _____ D.C.
Dr.TG

MAY 2 J 2000

CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

## WARRANT FOR ARREST

**CASE NUMBER:**

~~OC-4094-Ams~~
00-6133-CR-Dimitrol...

TO: **The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __THOMAS STRINGER__
                                      Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| Indictment | | Information | X | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

**charging him or her with** (brief description of offense)
BANK FRAUD

in violation of Title __18__ United States Code, Section(s) __1344__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

*Andrea M. Simonton* (signature)
Issuing Officer

5/4/00  Miami, Florida
Date and Location

Bail fixed at $ __PRETRIAL DETENTION__

by __UNITED STATES MAGISTRATE JUDGE__
**ANDREA M. SIMONTON**
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/4/00 | Daniel T. Tejada  Special Agent | /s/ |
| DATE OF ARREST | | |
| 5/4/00 | | |



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __THOMAS STRINGER__
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI- 16320 NW 2ND AVE. N. MIAMI, FL__