HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CARLOS COLMENARES__  CASE NO: __00-6132-CR-FERGUSON__
AUSA __LYNN ROSENTHAL__  ATTY __JOAQUIN PEREZ__  00-028

*Trial set July 3*
*June 26 Cal call*
@ 4:00

DEFT __IRVINGS SPIKES__  CASE NO: __99-6068-CR-ROETTGER__
AUSA ~~DAVID CORA~~ Thompson / Nicholson  ATTY FPD — Daryl Wilcox  09/02

*Disc out - no motions pending*
*Cnsl has not rec'd disc yet. June 16*  @ 2932
*for motions. Possible plea*

DEFT __KENELY TESTAMARK__  CASE NO: __00-6121-CR-FERGUSON__
AUSA __LARRY BARDFELD__ / Nicholson  ATTY FPD — Wilcox for Bidwill

*Disc out - no pending motions*
*Possible plea*  @ 3005

DEFT __BRUCE JOHNSON__  CASE NO: __00-6116-CR-DIMITROULEAS__
AUSA __STEVE PETRI__ / Bardfeld  ATTY FPD Day / Swargo

*Disc out / possible plea*
*No pending motions*  @ 3598

DEFT __STEVEN FELIX ANGELET__  CASE NO: __00-6135-CR-FERGUSON__
AUSA __ROGER POWELL__ / Bardfeld  ATTY __MANNY VAZQUEZ__

*Disc out - no pending motions*  00-028
*possible plea*  14

DEFT __THOMAS JARRETT STRINGER__  CASE NO: __00-6133-CR-DIMITROULEAS__
AUSA __ROGER POWELL__ / Bardfeld  ATTY FPD Day / Swargo

*Disc out - possible plea*
 @ 33

DATE __JUNE 1, 2000__  TIME __11:00__

14/fn