UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6133-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

       Plaintiff,           :

v.                                 :

THOMAS JARRETT STRINGER,           :

       Defendant.           :

_____

**STATUS REPORT**

A status conference was held in this cause on June 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this __1st__ day of June, 2000.

                         /s/ Lurana S. Snow
                         LURANA S. SNOW
                         UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Sam Smargon (FTL)

