## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6133-CR-WPD      DATE: 7/21/00

COURTROOM CLERK: ~~Karen A. Carlton~~ D. McIntosh      COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Thomas Barrett Stringer (J)

U.S. ATTORNEY: Roger Powell      DEFT. COUNSEL: Samuel Smargon

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: M/Cont granted

JUDGMENT: _____

CASE CONTINUED TO: 8/18/00    TIME: 9:00    FOR: Calendar Call

MISC: 8/21/00 - jury trial @ 9:00

