**CRIMINAL MINUTES**

AUG 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6133-CR-WPD   DATE: 8/18/00

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Samuel Smargon

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Joint motion to continue pending transfer of 2 more cases which will be Rule 20 in. Case to be resolved by way of plea

JUDGMENT: _____

CASE CONTINUED TO: 9/1/00   TIME: 9:00   FOR: Cal Call
MISC: 9/5/00   2 week trial period.

