**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6133-CR-WPD ✓
00-6227-CR-WPD    DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Dan Smaign

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Govt has filed m/ Consolidate the 2 Judge Ferguson cases with the 2 Judge Dimitrouleas cases and all will be resolved by way of change of plea.

CASE CONTINUED TO: 9/7/00    TIME: 9:15    FOR: Change of plea

MISC: _____

