FILED by D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS BARRETT STRINGER

    Defendant.
_____/

CASE NO. 00-6133-CR-DIMITROULEAS
00-6227-CR-DIMITROULEAS

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on September 1, 2000 on the Defendant's Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to September 7, 2000 at 9:15 A.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this ___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Roger Powell, AUSA
       Samuel Smargon, AFPD