UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6133-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

THOMAS BARRETT STRINGER,
a/k/a "Hank A. Black,"

Defendant.
_____/

### GOVERNMENT'S FIRST SUPPLEMENTAL
### RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this First Supplemental
Response to the Standing Discovery Order. This response also
complies with Local Rule 88.10 and Federal Rule of Criminal
Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  5.   Books, papers, documents, photographs, tangible
         objects, buildings or places which the government
         intends to use as evidence at trial to prove its
         case in chief, or were obtained or belonging to the
         defendant may be inspected at a mutually convenient
         time at the Office of the United States Attorney,
         500 E. Broward Blvd., Fort Lauderdale, Florida,
         Suite 700. Please call the undersigned to set up a
         date and time that is convenient to both parties.

         The attachments to this discovery response are not
         necessarily copies of all the books, papers,
         documents, etc., that the government may intend to



introduce at trial.

   1.) Government Exhibits numbered 00117 thru
1325 pages.

               Respectfully submitted,

               GUY A. LEWIS
               UNITED STATES ATTORNEY

   By: _____
               ROGER W. POWELL
               ASSISTANT UNITED STATES ATTORNEY
               Florida Bar No.341411
               500 E. Broward Blvd., Suite 700
               Fort Lauderdale, Florida 33394
               Tel:(954)356-7255; Fax:356-7336

cc:  Special Agent Dan Tejada,
     FBI

### CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing

was delivered by United States mail this 5th day of September 2000

to:

          Mr. Samuel J. Smargon
          Assistant Federal Public Defender
          101 N.E. 3rd Avenue, Suite 202
          Fort Lauderdale, FL  33301

               _____
               ROGER W. POWELL
               ASSISTANT U.S. ATTORNEY

2