**CRIMINAL MINUTES**

FILED by _____ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6133-Cr-WPD ✓
00-6227-Cr-WPD    DATE: September 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Thomas Barrett Springer

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Re: Change of plea.
Court will grant one last continuance.
If parties cannot obtain jurisdiction 17
all Rule 20 transfers Court will set
case for trial.

CASE CONTINUED TO: 9/14/00    TIME: 915    FOR: Change of plea
MISC: 9/18/00    9:00    trial period