UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6133-CR-DIMITROULEAS

RELATED CASES
00-6227CR-DIMITROULEAS
00-6235-CR-FERGUSON
00-6236 CR-FERGUSON



FILED by _____ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THOMAS BARRETT STRINGER,

     Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's Unopposed Joint Motion

to Continue Plea Date, bearing Certificate of Service dated September 6, 2000, and theCourt

having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The plea in this matter

is hereby reset as follows: _September 14, 2000 at 9:15 AM_

DONE AND ORDERED on this _____ day of September, 2000 at Fort Lauderdale,

Florida.

UNITED STATES DISTRICT JUDGE

cc:    Roger Powell, AUSA
       Samuel Smargon, AFPD