**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6133 / 00-6227 / 00-6235 / 00-6236  CR-WPD     DATE: September 14, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Thomas Stringer

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: Sam Smargon

REASON FOR HEARING: Change of plea & Arraignment *

RESULT OF HEARING: Dft sworn and questioned by the Court. Re: 00-6133-CR, dft to plead guilty to Counts 1 & 61. Gvr agrees to dismiss remaining 59 Counts @ Sent. Re: 00-6227-CR, dft to plead guilty to Count 1. Gvr to dismiss remaining 14 Counts @ Sentencing. Re: 00-6235-CR, dft to plead guilty to Count 1. Gvr to dismiss remaining 19 Counts @ Sent. Re: 00-6236-CR, dft to plead guilty to Count 1.

CASE CONTINUED TO: 11/24     TIME: 10:30     FOR: Sentencing

MISC: Written plea agreement filed.



~~CIVIL~~ Criminal MINUTES CONTINUED

00-6133, 00-6227-00-6235, 00-6236-CR WPD
USA v. Thomas Barrett Stringer

Re: 00-6236-CR Gov't to dismiss remaining
10 Counts at time of Sentencing.

Court Accepts Guilty plea.

★ Deft Arraigned on Charges