## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6133-CR
00-6227-CR  ) WPD    DATE: November 24, 2000
00-6235-CR
00-6236-CR

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Pratt    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Fran Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed
43 months BOP on each Count to run concurrent, 3 yrs Sup Rel, No Fine
$ 20,237.85 Restitution, $500 assessment

Court recommends designation to a facility in SD/FL.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft Informed of Right to Appeal