UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6133-CR-WPD

STYLE: USA v. Thomas Barrett Stringer

DATE: 11-30-04

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

____ Docket this document as a motion for _____

____ Docket this document as a response to the following motion: _____

____ Docket this document as an answer _____

__X__ Docket this document as Notice of letter dated 11-21-04

____ Docket this as an information matter only and file on the left side of the file.

____ Other: _____

Signed: /s/ Karen Carlton

Name: KAREN A. CARLTON

Title: Courtroom Deputy

11-21-04


Honorable William P. Dimitrouleas
U.S. District Court Judge
299 E. Broward Blvd.
Fort Lauderdale, FL  33301

and

U.S. Clerks Office/U.S. Courts
Attention:  Financial Section
301 N. Miami Ave., Room 150
Miami, FL  33128


Regarding:  Thomas B. Stringer (Inmate Reg#60633-004), lead case no.: 00CR06133...


Dear Judge Dimitrouleas (and Clerk),

    Instead of filing some civil rights lawsuit, and in the interest of a reasonable solution to a problem that should not be occurring, I am sending this second request to your attention in the hope that the Court can encourage prudent response from BOP staff.  My last letter dated 10-22-04 explained the problem of my Unit Team demanding an absurd payment of $88.00 per month for Financial Responsibility Program (FRP). Prior to this sudden demand, I was paying $50.00 every three months.  I have received less money from home decreasing deposits for the past two years.  For my Unit Team to make this sudden demand is an abuse of discretion, and not something that my financially strapped family can afford.  My argument to BOP is lost on deaf ears.

    For the four and a half years that I have been in prison and participating in the FRP, I have never failed to miss a payment.  My Unit Team is absolutely causing me undue hardship, and I have since been put on refusal status, which interferes in my release.  I am certain that this adverse consequence is the intended purpose of Unit Team's abusive decision to make this demand.  I have proof of this claim.  Instead of filing civil charges and involving the Court in some dragged out absurd waste of everyone's time, <u>I am asking (again) that Your Honor suspend my payments to the Court until my release from BOP sometime between now and May 31, 2005.</u>  I can easily resume making payments towards my fines/restitution at that time.  Please contact me and advise how to best proceed.  I am currently unnecessarily suffering the consequences of FRP "refusal", and that is absolutely unfair and abusive.


Sincerely,

Thomas B. Stringer

Thomas B. Stringer
60633-004, Unit 5802
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ  08640

10-22-04



*file copy*
*Sent to Judge Dimit...* 2
*Sent to Clerk Financial Sect.*
*10-25-04*

*COPY RE-SENT*

Honorable William P. Dimitrouleas
U.S. District Court Judge
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

and

U.S. Clerks Office/U.S. Courts
Attention: Financial Section
301 N. Miami Ave., Room 150
Miami, FL 33128

Regarding: Thomas B. Stringer, Federal Case Nos.: 00CR06133, 00CR06227, 00CR06235, 00CR06236.

Dear Judge Dimitrouleas and Clerks Office,

    I was sentenced in the Southern District of Florida on 11-24-00 and in addition to receiving 43 months BOP, I was ordered to pay $500.00 Assessment and $20,237.85. *[restitution]* I am currently finishing up my sentence at F.C.I. Ft. Dix (New Jersey). For the past four and a half years, I have been paying towards these penalties without difficulty and without fail. At this time I am experiencing a big problem. My Unit Team here at F.C.I. Ft. Dix is demanding that I pay an amount that is five times the amount that I have been paying for the past eighteen months. Out of the blue, this demand on me was made. I absolutely cannot further this demand on to my financially strapped family. I went from $50.00 per quarter to $88.00 per month. I am addressing this matter through Administrative Remedy, but that process is suspiciously derelict, and my legitimate complaint is entirely ignored.

    I had no money at time of sentencing, and I continue to have only what my family is able to send, which I am expected to pay back upon my release in May 2005. The new demand of $88.00 per month is way more than I can pay, and as a result I am being forced into a refusal situation. This is entirely unfair. At the end of my sentence to demand this much more money is an abuse of discretion on the part of my Unit Team.

    Your Honor, please suspend my requirement to pay until I am released to CCC placement or supervised release. The refusal status will force adverse consequence on me that will cause me to remain in prison. I need your intervention and help in this matter. I could easily resume paying upon my release from prison this coming May.

Sincerely,
Thomas B. Stringer

Thomas B. Stringer
60633-004, Unit 5802
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640