UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THOMAS BARRETT STRINGER,<br><br>　　　Defendant.<br>_____/ | CASE NO. 00-6133-CR-DIMITROULEAS<br>　　　　　　　00-6227-CR-DIMITROULEAS<br>　　　　　　　00-6235-CR-DIMITROULEAS<br>　　　　　　　00-6236-CR-DIMITROULEAS |



### ORDER

THIS MATTER having come before the Court on Defendant's pro se November 21, 2004 letter[1]/motion to suspend payments and after due consideration, it is

ORDERED AND ADJUDGED that Defendant's letter/motion to suspend payments is Denied. Defendant has not articulated any basis for this Court to exercise jurisdiction.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of November, 2004.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Roger Powell, AUSA
Samuel Smargon, AFPD

Thomas B. Stringer, #60633-004
FCI - Unit 5802
P.O. Box 7000
Ft. Dix, NJ 08640

---

[1] The Court has no recollection of receiving a previous October 22, 2004 letter.

