PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63773



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 00CR06133-WPD/00CR06227-WPD  
00CR06235-WPD/00CR06236-WPD

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Thomas Stringer

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: November 24, 2000

### Case No. 00CR06133-WPD

Original Offense:    Count 1: Willfully Devising and Executing a Scheme to Defraud a Federally Insured Financial Institution, 18 U.S.C. § 1344, a class B felony.

Count 61: Uttering Forged Securities, 18 U.S.C. § 513(a), a class C felony.

### Case Nos. 00CR06227-WPD/00CR06235-WPD/00CR06236-WPD

Original Offense:    Count 1: Uttering Forged Securities, 18 U.S.C. § 513(a), a class C felony.

Original Sentence:    Forty-three (43) months custody of the Bureau of Prisons followed by three (3) years supervised release. All cases and all counts to run concurrent. Special conditions include: participate in an approved program for drug and alcohol abuse, submit to search of person or property, shall obtain prior approval before entering into any self-employment, pay $20,237.85 in restitution.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 31, 2005

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.  
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63773

## CAUSE

The defendant was ordered to make restitution in the sum of $20,237.85. The defendant currently is employed earning minimum wage. Based on the defendant's current financial situation, he can only afford to pay $25.00 per month towards his restitution obligation. The defendant has signed a Probation Form 49, Waiver of Hearing, agreeing to the above mentioned modification of his conditions of supervised release. As such, it is respectfully requested that Your Honor sign the attached Petition for Modification Action modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by *[signature]*

Diane Acquaviva  
U.S. Probation Officer  
Phone: (954) 769-5573  
Date: July 21, 2005

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

July 26, 2005  
Date