PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63773

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 00CR06133-WPD/00CR06227-WPD  
00CR06235-WPD/00CR06236-WPD

FILED by ___ D.C.

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Thomas Stringer

Name of Sentencing Judicial Officer:  The Honorable William P. Dimitrouleas, Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence:  November 24, 2000

### Case No. 00CR06133-WPD

Original Offense:   Count 1:  Willfully Devising and Executing a Scheme to Defraud a Federally Insured Financial Institution, 18 U.S.C. § 1344, a class B felony.

Count 61:  Uttering Counterfeited Securities, 18 U.S.C. § 513(a), a class C felony.

### Case Nos. 00CR06227-WPD/00CR06235-WPD/00CR06236-WPD

Original Offense:   Count 1:  Uttering Counterfeited Securities, 18 U.S.C. § 513(a), a class C felony.

Original Sentence:  Forty-three (43) months custody of the Bureau of Prisons followed by three (3) years supervised release. All cases and all counts to run concurrent. Special conditions include: participate in an approved program for drug and alcohol abuse, submit to search of person or property, shall obtain prior approval before entering into any self-employment, and pay $20,237.85 in restitution.

July 26, 2005: Conditions modified ordering defendant pay $25.00 per month towards restitution obligation.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 31, 2005

Assistant U.S. Attorney:                          Defense Attorney:  
Roger W. Powell                                   Samuel J. Smargon, AFPD

## PETITIONING THE COURT

[X]    To issue a warrant  
[ ]    To issue a summons



PROB 12C                                                                           SD/FL PACTS No. 63773
(SD/FL 3/05)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 19, 2005, in Broward County, Florida, the defendant committed the offense of Driving Under the Influence, contrary to Florida Statute 316.193, and Obstruct Without Violence, contrary to Florida Statute 843.02. |
| 2. | **Violation of Mandatory Condition**, by failing to submit drug testing. On November 29, 2005 and December 1, 2005, the defendant failed to submit to drug testing as scheduled by Code-A-Phone. |
| 3. | **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On November 24, 2000, restitution in the amount of $20,237.85 was ordered by the court. On July 26, 2005, the supervised release conditions were modified, ordering the defendant pay $25.00 per month towards the restitution obligation, and to date, the defendant has failed to comply with this order. |
| 4. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On November 23rd and November 25th 2005, the defendant failed to report to the U.S. Probation Office and submit to an alcohol test, as instructed. |
| 5. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about November 26, 2005, the defendant moved from his residence of 807 West Oakland Park Boulevard, #H-8, Oakland Park, Florida, and his whereabouts is unknown. |
| 6. | **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about November 28, 2005, the defendant left employment with Abba Contracting Inc., located at 1903 Mears Parkway, Margate, Florida, and he failed to notify the probation office. |
| 7. | **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about November 30, 2005, the defendant failed to attend his scheduled appointment at Compass Programs, Inc. with Dr. Stephen Barber, and to date, has not satisfactorily participated in treatment as directed. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63773

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[]    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8th day of December 2005__

Diane Acquaviva  
U.S. Probation Officer  
Phone: (954) 769-5573

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

December 12, 2005  
Date